Cynthia A. Alexander, Esq. (Nevada Bar No. 6718)
Jared Richards, Esq. (Nevada Bar No. 11254)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

Attorneys for Defendants WELLS FARGO BANK, N.A.
(erroneously sued as AMERICA'S SERVICING COMPANY)

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MERRILY WHALEN,<br><br>*Plaintiff*,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEM, NATIONAL DEFAULT SERVICING COMPANY, MERIDIAS CAPITAL, INC., AMERICA'S SERVICING COMPANY,<br><br>*Defendants*. | Case No. 2:09-cv-02081-RCJ-LRL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

///

///

///

///

Plaintiff MERRILY WHALEN, by and through her undersigned counsel of record, Edward Marshall, and Defendants Mortgage Electronic Registration Systems, Inc. and Wells Fargo Bank, N.A., by and through their counsel of record, Snell & Wilmer, hereby stipulate that

these defendants shall have up to and including **January 29, 2010** to answer or otherwise respond to the complaint in the above-captioned matter.

Dated December 17, 2009.

/s/ Erica J. Stutman
Patrick G. Byrne, Esq. (NV Bar No. 7636)
Erica J. Stutman, Esq. (NV Bar No. 10794
Snell & Wilmer, L.L.P.
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant Mortgage Electronic Registration Systems, Inc.*

/s/ Edward G. Marshall
Edward G. Marshall, Esq. (NV Bar No. 323)
324 South Third Street #2
Las Vegas, Nevada 89101
Fax: 702-384-6584
*Attorney of Record for Plaintiff*

/s/ Jared Richards
Cynthia A. Alexander, Esq. (NV Bar No. 6718)
Jared R. Richards, Esq. (NV Bar No. 11254)
Snell & Wilmer, L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*
*(erroneously sued as*
*America's Servicing Company)*

**ORDER**

**IT IS SO ORDERED.**

DATED: _____, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE

- 2 -

# CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2009, I electronically filed the foregoing STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT using the CM/ECF system which will send a notice of electronic filing to all parties as listed on the Notice of Electronic Filing.

I also certify that on December 17, 2009, I also sent via U.S. Mail and facsimile a copy of the foregoing document to:

| | |
|---|---|
| Jeffrey Conway, Esq.<br>Rosenfeld Roberson<br>6725 Via Austi Parkway, Ste. 200<br>Las Vegas, Nevada 89119<br>Fax: 702-385-3025<br><br>*Attorney for Plaintiff* | Edward G. Marshall, Esq.<br>324 South Third Street #2<br>Las Vegas, Nevada 89101<br>Fax: 702-384-6584<br><br>*Attorney of Record for Plaintiff* |

/s/ Victoria A. Poland
An Employee of Snell & Wilmer L.L.P.

11010732